UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-62467-CIV-CANNON/Hunt

**MARKSMAN SECURITY CORPORATION**,
a Florida for Profit Corporation,

    Plaintiff,
v.

**P.G. SECURITY, INC.**, d/b/a Platinum Group Security,
a Florida for Profit Corporation, and,
**CAMERON UNDERWOOD**, individually,

    Defendants.
_____/

## ORDER FOLLOWING POST-JUDGMENT JOINT NOTICE OF SETTLEMENT AND GRANTING JOINT MOTION TO RELEASE BOND [ECF No. 372]

**THIS CAUSE** comes before the Court upon the following two filings, both submitted on January 20, 2023: (1) the parties' Post-Judgment Joint Notice of Settlement ("Joint Notice") [ECF No. 371]; and (2) the parties' Joint Motion for an Order Directing the Clerk of Court to Release Marksman's Bond ("Joint Motion") [ECF No. 372]. The Joint Notice indicates that the parties "agreed to terms of a settlement of this matter under which, among other things, Platinum will satisfy the Final Judgment [ECF No. 324]," and the parties agreed to "withdraw all pending Motions," including the pending Motions for Attorneys' Fees and Costs [ECF No. 371 p. 1 (citing ECF Nos. 348, 349)]. Separately, the Joint Motion seeks a Court order "directing the Clerk of Court to release to Marksman's custody the full supersedeas cash bond in the amount of $1,100,000.00 deposited by Platinum into the Court's registry, along with any accrued interest" [ECF No. 372 p. 1]. The Joint Motion states that the release of Platinum's cash bond to the custody of Plaintiff Marksman is part of the parties' settlement agreement [ECF No. 372 p. 2 ¶ 4].

CASE NO. 19-62467-CIV-CANNON/Hunt

Upon review of the parties' filings and the full record, and in light of the Eleventh Circuit's Order granting Platinum's motion to voluntarily dismiss its appeal, *Marksman Security Co. v. P.G. Security Inc.*, No. 23-10109 (11th Cir. Feb. 1, 2023); *see* [ECF No. 375 (Report Regarding Jurisdiction)], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion [ECF No. 372] is **GRANTED**.

2. The Clerk of Court shall release to Plaintiff Marksman the full principal amount of the supersedeas cash bond deposited by Platinum into the Court's registry on September 19, 2022, in the amount of $1,100,000.00 [ECF No. 339], along with all accrued interest.

3. This case shall remain **CLOSED**. Any scheduled hearings are **CANCELED**, all deadlines are **TERMINATED**, and any pending motions, including the parties Motions for Attorneys' Fees and Costs [ECF Nos. 348, 349] are **DENIED AS MOOT**.

4. The parties' request that the Court retain jurisdiction over the settlement [*see* ECF No. 371], but they do not provide a copy of their settlement agreement. The Court will not consider retaining jurisdiction over a settlement agreement it has not reviewed. Accordingly, on or before **February 8, 2023**, the parties either shall jointly file on CM/ECF a copy of their settlement agreement or a notice withdrawing their request that the Court retain jurisdiction to enforce the settlement agreement.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of February 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record